UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

BRENDA GENARO,

    Debtor.

Case No. A06-00198-DMD
Chapter 13

Filed On
9/13/06

## MEMORANDUM REGARDING
## TERMINATION OF STAY

    Wells Fargo has filed a request for an order confirming termination of the automatic stay. Brenda Genaro was a debtor in case number A06-00075-DMD, filed March 24, 2006. That case was dismissed May 2, 2006. Her present case was filed June 9, 2006. Under 11 U.S.C. § 362(c)(3)(A), the automatic stay terminates thirty days after filing the petition. A party may move for continuation of the stay within the thirty day period pursuant to 11 U.S.C. § 362(c)(3). Here Ms. Genaro filed a motion for continuation of the stay on September 11, 2006, ninety-four days after her latest Chapter 13 filing. I can find no authority that allows a bankruptcy court to continue the stay under such circumstances. 11 U.S.C. § 362(c)(3)(B) unequivocally requires that the motion and hearing be completed within thirty days. Wells Fargo's request for an order confirming termination of the automatic stay will be granted and the debtor's motion for continuation will be denied.

    DATED: September 13, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:    Pro Se Debtor
           R. Ullstrom, Esq.
           L. Compton, Trustee
           U. S. Trustee

9/13/06